MAW

AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

UNITED STATES OF AMERICA

v.

Case No.  25-mj-823 (EMB)

ABDIMAHAT BILLE MOHAMED

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about December 12, 2017, in the State and District of Minnesota, Abdimahat Bille Mohamed did unlawfully seize, confine, kidnap, abduct, and carry away Minor Victim 1, a 15-year-old child, traveling in and using instrumentalities of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1201(a) and (g).

On or about between September 15, 2025 and September 21, 2025, in the State and District of Minnesota, Abdimahat Bille Mohamed did unlawfully seize, confine, kidnap, abduct, and carry away Victim 5, traveling in and using instrumentalities of interstate and foreign commerce, in violation of Title 18, United States Code, Section 1201(a).

I further state that I am an FBI Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
*Complainant's signature*

Nicole Lopez, Special Agent
Federal Bureau of Investigation (FBI)
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

_____
*Judge's Signature*

Date:    December 4, 2025

City and State: St. Paul, MN

The Honorable Elsa M. Bullard
United States Magistrate Judge
*Printed Name and Title*