| | |
|---|---|
| STATE OF MINNESOTA ) | |
| ) | ss. AFFIDAVIT OF NICOLE LOPEZ |
| COUNTY OF RAMSEY ) | |

## INTRODUCTION

1. I am currently employed by the Federal Bureau of Investigation (FBI) as a Special Agent and have been so employed since May 2017. I also have served in the US Army and US Army Reserves for over 17 years as a Military Police Officer. I am currently assigned to the FBI's Minneapolis Field Office as part of the Violent Crime Task Force. My primary responsibilities include the investigation of various federal violent crimes and violent crimes against children in Minnesota. As a Special Agent, I have personally investigated and/or assisted with the investigations of a variety of crimes including violent crime, the abuse, neglect, endangerment and/or exploitation of children, kidnappings, extortion, sexual assaults, and drug investigations. I also have extensive experience authoring and being involved with tribal, state, and federal search warrants and arrest warrants.

2. The facts and information contained in this affidavit are based on my personal knowledge, as well as information I have learned from other law enforcement officers, agents, and the review of reports, written materials, and recordings. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PURPOSE OF THE AFFIDAVIT

3. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a criminal complaint and arrest warrant for: ABDIMAHAT BILLE MOHAMED ("MOHAMED"), date of birth XX/XX/1997[1], for Kidnapping of a Minor, in violation of Title 18, United States Code, Sections 1201(a) and (g) and Kidnapping, in violation of Title 18, United States Code, Section 1201(a).

## PROBABLE CAUSE

4. On December 3, 2025, the FBI's Minneapolis Division received information concerning a series of violent kidnappings and rapes committed by MOHAMED in Minnesota.

5. Your affiant spoke with law enforcement officers and obtained copies of police reports and court documents, including reports from the Minneapolis Police Department, the Roseville Police Department, and the Bloomington Police Department. These police departments are all located in the District of Minnesota and specifically in Hennepin and Ramsey Counties, Minnesota. A review of this information revealed that there is probable cause to believe that MOHAMED is a serial rapist and kidnapper who committed a number of federal crimes between at least 2017 and September 2025, including the 2017 kidnapping of a minor and the 2025 kidnapping of an adult, as set forth below.

---

[1] Pursuant to local rules of this Court, I have partially redacted certain personally identifying information. Unless otherwise noted, this information is known to me and available to the Court on request.

2

## 2017 Kidnapping and Rape of Minor Victim 1

6.   On December 12, 2017, MOHAMED and others kidnapped and gang raped a 15-year-old girl (Minor Victim 1). On that date, MOHAMED corresponded with Minor Victim 1 via Snapchat.[2] Minor Victim 1 did not know MOHAMED by his true name but rather by "Altesto."[3] Minor Victim 1 offered to pay MOHAMED for a ride from St. Paul to a location in Minneapolis. MOHAMED agreed. MOHAMED picked Minor Victim 1 up in St. Paul, Minnesota. Instead of driving Minor Victim 1 to her requested location, MOHAMED drove Minor Victim 1 to an area near East 32nd Steet in Minneapolis. MOHAMED said he had to "get something from his place." Minor Victim 1 became uncomfortable during the ride and told MOHAMED she wanted to get out of the car. According to Minor Victim 1, MOHAMED had the child locks engaged so she was unable to open the car door.

7.   MOHAMED parked the car at the 32nd Street address and two additional men (Subject 2 and Subject 3) entered the car. Subject 2 had a short-barreled silver revolver. Subject 2 pointed the revolver at Minor Victim 1's head and said, "give my brother some head[4] or I'll blow your head off." Minor Victim 1 did as she was told and performed oral sex on a back seat passenger. Minor Victim 1

---

[2]   Snapchat is one of the most widely used social media platforms in the world. Snapchat is headquartered in California.

[3]   Minor Victim 1 provided law enforcement with the account Altesto used on Snapchat, which law enforcement determined belonged to MOHAMED. For statutory purposes, MOHAMED is not related to Minor Victim 1 nor does he have legal custody of her.

[4]   Your affiant understands this to be a demand for oral sex.

explained that this sex was non-consensual and that she performed the sex act because she feared for her life and had a gun pointed at her head. Minor Victim 1 explained that the three men were speaking to each other in Somali.

8. Next, MOHAMED sexually assaulted Minor Victim 1. MOHAMED moved from the front seat of the car to the backseat of the car. MOHAMED forced Minor Victim 1 to perform oral sex on him. MOHAMED pulled down Minor Victim 1's shirt and kissed her breasts. MOHAMED then pulled down Minor Victim 1's pants and raped her, penetrating her vagina with his penis until he ejaculated.

9. After the group had finished sexually assaulting 15-year-old Minor Victim 1, MOHAMED got back into the driver's seat and drove to another location in south Minneapolis. After parking, Subject 2 told Minor Victim 1 that she should contact him if she ever wanted to make some money. He then let Minor Victim 1 out of the car. Minor Victim 1 ran and hid. Minor Victim 1 called the police at approximately 2:46 a.m. Minneapolis Police Department officers responded to a TCF Bank in the area and found Minor Victim 1.

10. The police took Minor Victim 1 to the Hennepin County Medical Center. Minor Victim 1 consented to a sexual assault exam. Swabs were taken of Minor Victim 1's body, including vaginal swabs and swabs of her breasts where she had been assaulted by MOHAMED. At the time, the DNA did not connect to any known sample. After MOHAMED's DNA was entered into the system because of another sexual assault, on September 17, 2024, the Bureau of Criminal Apprehension (BCA) laboratory issued a report connecting MOHAMED to the DNA profile in Minor Victim

4

1's vaginal swabs in her sexual assault exam. Specifically, the BCA laboratory estimated that while over 99.99% of the general population *could* be excluded from being contributors, MOHAMED could *not* be excluded from being a contributor to the swabs taken from Minor Victim 1's vagina and her left and right breasts.

11. Minor Victim 1 is now an adult. But at the time of her last interview with law enforcement, Minor Victim 1 reported that she continues to suffer from the trauma of the rape that occurred 8 years ago.

### February 2018 and Rape of Victim 2

12. In February 2018, MOHAMED and others kidnapped and gang raped an adult woman (Victim 2). On February 7, 2018, at approximately 3:31 a.m., officers responded to the area of Prior Avenue and Highway 36 in Roseville, Minnesota, after receiving a report of an adult female woman who was assaulted by three Somali men and was now with a cab driver (in fact a Lyft driver). Officers located the driver in his car with Victim 2.

13. Victim 2's reports vary in some respects, but she explained to law enforcement that she met up with an acquaintance from Instagram (believed to be Subject 4), a social media platform. She explained that this acquaintance picked her up and that he was with two other friends. Victim 2 described all three as Somali men. Victim 2 said that two of the men had sex with her against her will in a car in a parking lot near an LA Fitness. She explained they were talking in another language the whole time so she did not know what they were saying. Once they finished sexually assaulting her, the men told her the cops were coming and she had

to leave. She ran to a Motel 6 to charge her phone and called a Lyft to pick her up. Victim 2 explained she told the Lyft driver what happened to her and he called 911.[5]

16. Officers took Victim 2 to the hospital, where she consented to a sexual assault exam. Swabs were taken of Victim 2's body.

15. Law enforcement recovered a condom lying on a snowbank near where they understood the car was parked, outside the LA Fitness, during the assaults. Officers also located an Audi that they believed to have been the car used in the assaults. That Audi can be seen in LA Fitness parking lot in surveillance footage from that location on the night of the reported offenses. In the back of the Audi, officers found other condoms.

16. Victim 2 provided two phone numbers for Subject 4, who was subsequently identified by investigators.

17. The Bureau of Criminal Apprehension issued reports for this case connecting MOHAMED to the DNA from a condom recovered from the rear passenger seat. The Roseville Police Department executed a search warrant on Subject 4's cell phone. A search of Subject 4's cell phone revealed a video from around December 12, 2017—the date of the sexual assault of Minor Victim 1—depicting a female

---

[5] While the Lyft driver was driving Victim 2, they saw a car with three Somali males in it. The driver took a photo of the car's license plate and provided it to law enforcement. Law enforcement located the car and the three men inside it and conducted a "show-up" identification procedure with Victim 2 on the scene. Victim 2 said that these three men were *not* the men who sexually assaulted her.

performing oral sex on a male. The physical description of the female is consistent with the physical description of Minor Victim 1.[6]

### May 2018 Kidnapping and Rape of Victim 3

18. In May 2018, MOHAMED and another man kidnapped and raped an adult woman (Victim 3). On May 8, 2018, Victim 3 was in contact with MOHAMED on Snapchat. Victim 3 had been in contact with MOHAMED on Snapchat for approximately a year and decided to finally meet up with him. Victim 3 did not know MOHAMED by his name.

19. MOHAMED agreed to meet Victim 3 at Victim 3's apartment building in St. Paul. MOHAMED arrived at Victim 3's apartment building in a black sedan with a racing stripe down both sides of the car. Victim 3 sat in the car with MOHAMED and asked him to go pick up a pack of cigarettes for her. MOHAMED then began to drive away with Victim 3 still in the passenger's seat.

20. Victim 3 asked MOHAMED where they were going and told him she couldn't leave her apartment because her son was inside. As MOHAMED began to drive away, Victim 3 realized that the passenger door was locked, and she could not open it. Regardless, MOHAMED continued to drive.

21. Victim 3 soon realized MOHAMED was driving towards Minneapolis. Victim 3 reported she did not know Minneapolis very well but recognized US Bank Stadium when she saw it. MOHAMED then pulled the car into an alley, where he

---

[6] Federal law enforcement is now investigating the serial kidnapping and gang rapes detailed in this affidavit and other possible assaults, including the role of other subjects in those crimes.

sexually assaulted Victim 3. MOHAMED kissed Victim 3 on the mouth, pulled down her shirt, and kissed her on her breast. MOHAMED then raped Victim 3, penetrating her vagina with his penis.

22. Victim 3 then saw a light outside the car. A second man (Subject 5) got into the rear of the car. Subject 5 was holding a black semi-automatic handgun. Subject 5 pointed the handgun at Victim 3's head. Subject 5 then told Victim 3, "If you don't give me head you're not going to live." Victim 3 got out of the car and got into the back seat with Subject 5 ML. Victim 3 performed oral sex on Subject 5 until he ejaculated in her mouth. The sex act was non-consensual—Victim 3 performed this sex act because she feared for her life and had a gun pointed at her head. Victim 3 explained that, during the sexual assault, MOHAMED and Subject 5 spoke to each other in a different language that was possibly Somali.

23. One or both of MOHAMED and Subject 5 then pushed Victim 3 out of the car. Victim 3 ran until she arrived at a Holiday gas station. There, Victim 3 asked for directions to the light rail, which she then took back to St. Paul. She then contacted the St. Paul Police.

24. St. Paul Police took Victim 3 to the Hennepin County Medical Center, where she consented to a sexual assault exam. Medical personnel took swabs of Victim 3's body, including of her neck and right breast, where she had been assaulted by MOHAMED. At the time, the DNA did not connect to any known sample.

25. After MOHAMED's DNA was entered into the system because of another sexual assault, on September 3, 2024, the BCA laboratory issued a report

connecting MOHAMED to the DNA profile in Victim 3's swabs from her sexual assault exam. Specifically, the BCA laboratory estimated that while over 99.99% of the general population *could* be excluded from being contributors, MOHAMED could *not* be excluded from being a contributor to the swabs taken from Victim 3's neck and right breast.

### May 2024 Rape of Victim 4

26. In May 2024, MOHAMED raped an adult woman (Victim 4). On May 30, 2024, Victim 4 met with MOHAMED, a man she knew from Snapchat as "Kareem." Victim 4 knew MOHAMED for about three years on Snapchat but this was the first time she ever met him in person. That day, around midnight, MOHAMED picked up Victim 4 and her sister (Witness 1). Victim 4 and Witness 1 wanted to get something to eat and maybe go somewhere to smoke hookah. MOHAMED said it was too late and nothing was open and instead drove the two women to his apartment in Minneapolis, Minnesota.

27. Once Victim 4 and her sister got to MOHAMED's apartment, Victim 4 drank alcohol and smoked marijuana. Victim 4 didn't want to drink more alcohol but MOHAMED kept forcing her to drink more. Victim 4 thought it would be okay because her sister was not drinking and would watch her.

28. At one point, MOHAMED picked Victim 4 up and carried her to his bedroom, where he threw her onto the bed. Victim 4 explained that MOHAMED wanted to have sex with her but Victim 4 did not want to. MOHAMED took off his pants and was naked from the waist down. Victim 4 thought MOHAMED took off

9

her pants but wasn't sure. MOHAMED then told Victim 4 he would get a gun from his car and would shoot Witness 1 if Victim 4 didn't have sex with him. Victim 4 said that MOHAMED tried to force her to give him oral sex, but she refused. Then MOHAMED raped Victim 4. MOHAMED was initially wearing a condom but Victim 4 believed MOHAMED took it off during sex and ejaculated inside her.

29. According to Witness 1, MOHAMED dragged her sister into his bedroom, closed the door, and turned the volume up on the television. Witness 1 heard an argument coming from inside the room and may have heard her sister scream or something to the effect of her sister asking MOHAMED to stop. Witness 1 went to the bedroom and opened the door. Witness 1 saw MOHAMED naked from the waist down and saw Victim 4 on the bed. MOHAMED was angry—he yelled at Witness 1 to leave the room and threatened to kill her. Witness 1 explained she fled the building and called 911.

30. When officers responded to the scene, they found Witness 1 outside MOHAMED's apartment building. Witness 1 explained her sister was in danger and possibly being sexually assaulted.

31. Once they located MOHAMED's apartment, officers knocked on the door. Victim 4 answered. She was visibly upset; she was holding her hand to her face and appeared to be or have been crying. Victim 4 was stumbling and swaying and initially ignored officer's questions. MOHAMED then came out from the living room area with a hamburger in his hands and asked what was going on. MOHAMED said it was his house and officers could not enter. He said Victim 4 was his "girl" and

she was fine, or something similar. When officers tried to get Victim 4 to come out of the apartment, MOHAMED said she didn't have to leave. MOHAMED refused to identify himself.

32. Officers coaxed Victim 4 out of the apartment. She continued to hold her head with her hands, still visibly upset, and didn't say much. But once outside, Victim 4 sat on a bench and told officers she had been sexually assaulted by MOHAMED. Victim 4 told officers and paramedics that MOHAMED raped her and strangled her. She explained MOHAMED choked her and threatened to get a gun and kill Victim 4's sister/Witness 1 if Victim 4 did not comply. Victim 4 explained that MOHAMED vaginally penetrated her with his penis. While Victim 4 was in the ambulance and MOHAMED was in the apartment, MOHAMED called Victim 4 on her cell phone.

33. Officers transported Victim 4 to the hospital for a sexual assault exam, during which swabs were taken from Victim 4's body. Nurses observed visible bruises and injuries on Victim 4's body consistent with sexual assault.

34. MOHAMED was placed in custody and transported to Hennepin County Medical Center for a sexual assault exam. At this time, MOHAMAD became hostile and started kicking the squad doors and windows. MOHAMED called Victim 4's cell phone a second time after he was in custody, from the back seat of the police squad car.

35. While at Hennepin County Medical Center, MOHAMED became so assaultive with security, nurses, and officers—he was spitting at everyone and

flailing his arms and legs—that Hennepin County Medical Center was not able to complete the sexual assault exam and kicked MOHAMED out of the hospital.

36. Officers then placed MOHAMED back in the squad car to take him to the jail without a sexual assault exam. On the way to the jail, MOHAMED repeatedly spat at the officers in the front seat. He also again kicked at the squad doors and windows. Once at the jail, MOHAMED spat at deputies.

37. On September 3, 2024, at the Hennepin County Jail, law enforcement collected a DNA swab of MOHAMED pursuant to a search warrant.

### Mohamed's State Charges and Guilty Pleas

38. On May 31, 2024, the Hennepin County Attorney's Office brought charges against MOHAMED related to his May 30, 2024 rape of Victim 4 (27-CR-24-12311). MOHAMED was charged with six offenses in that case, including First Degree Sexually Criminal Conduct.

39. On October 11, 2024, the Hennepin County Attorney's Office brought a a separate case against MOHAMED related to his 2017 kidnapping and rape of Minor Victim 1 (27-CR-24-23368). MOHAMED was charged with five offenses, including First Degree Criminal Sexual Conduct and Kidnapping.

40. On April 17, 2025, MOHAMED pled guilty to charges in both cases pursuant to a written plea agreement. In case 27-CR-24-12311 (the 2017 sexual assault of Minor Victim 1), MOHAMED pled guilty to an added count six of 3rd Degree Criminal Sexual Conduct – Victim 13-15 Actor > 24 Months Older. In case 27-CR-24-12311 (the 2024 sexual assault of Victim 4), MOHAMED pled guilty to an

added count seven of Fifth Degree Criminal Sexual Conduct – Penetration—Nonconsensual. As part of the plea agreement, the Hennepin County Attorney's Office agreed that the 2018 under investigation would not be charged (the May 2018 kidnapping and sexual assault of Victim 3) and to 0 – 5 years of probation.

41. On May 21, 2025, MOHAMED was sentenced in the case 27-CR-24-23368 (the 2017 kidnapping and rape of Minor Victim 1) on the charge of 3rd Degree Criminal Sexual Conduct – Victim 13-15 Actor > 24 Months Older. The Court sentenced MOHAMED to 36 months in prison, stayed the sentence for 5 years, and sentenced MOHAMED to 364 days in the workhouse, all of which was credited as time served. The Court placed MOHAMED on probation for 5 years.

42. On May 21, 2025, MOHAMED was sentenced in case 27-CR-24-23368 (the 2024 rape of Victim 3) on the charge of Fifth Degree Criminal Sexual Conduct – Penetration—Nonconsensual. The Court sentenced the defendant to 364 days in the workhouse, all of which was credited as time served. The Court placed MOHAMED on probation for one day, and ordered MOHAMED released.

43. On May 29, 2025, the Hennepin County Court issued an order discharging MOHAMED's probation in case 27-CR-24-23368. The Court noted that the defendant was sentenced on May 21, 2025 and execution of his sentence was stayed until May 22, 2025. The Court found that MOHAMED successfully completed his day of probation and noted that the conviction was not a crime of violence. The Court therefore discharged MOHAMED from probation, made the stay of execution permanent, and restored his civil rights.

### September 2025 Kidnapping and Sexual Assault of Victim 5

44.     Three months after pleading guilty, in September 2025, MOHAMED committed yet another kidnapping and rape. MOHAMED kidnapped and raped an adult woman (Victim 5) in Mankato, Minnesota, and drove her to a hotel 70 miles away in Bloomington, Minnesota. MOHAMED held her against her will for six days, during which time he repeatedly sexually assaulted her.

45.     At approximately 11:13 a.m. on September 21, 2025, Minneapolis Police received a call that a woman had been kidnapped. Victim 5 came up to the reporting party and said, "Can you help me? I am being kidnapped." The reporting party called 911. The reporting party told police he saw a man, later identified as MOHAMED, motion Victim 5 to get back into his car. When she refused, MOHAMED drove away.

46.     According to police reports, when police responded to the scene, they found Victim 5 visibly distraught. She told police that she had been picked up in Mankato by a male she met on Snapchat six days earlier, on September 15, 2025. This male was subsequently identified as MOHAMED.

47.     According to Victim 5, MOHAMED picked her up in Mankato on September 15, 2025. Victim 5 had just met MOHAMED that night. MOHAMED was supposed to take Victim 5 to get food and then return home. But after Victim 5 asked MOHAMED to bring her home, MOHAMED kept driving and said, "you are not going home." MOHAMED drove Victim 5 approximately 70 miles to a hotel located near the Mall of America in Bloomington, Minnesota.

48.     MOHAMED kept Victim 5 at the hotel for nearly a week. According to Victim 5, during that week, MOHAMED would not allow her to use her phone or leave the hotel. When Victim 5 tried to leave on the first day, MOHAMED grabbed Victim 5 by the hair, slapped her on the face, and said she could not leave.

49.     Victim 5 told officers that at one point she was able to text her sister to tell her she needed help. But MOHAMED then took her phone away. Victim 5 told MOHAMED she needed to let her family know she was okay. MOHAMED then called Victim 5's family and told them she was okay. Victim 5 said that MOHAMED then pushed her onto the bed and raped her. According to Victim 5, MOHAMED pushed her down on the bed, got on top of her, and pulled up her dress. MOHAMED placed his hand on Victim 5's neck, choking her to hold her down. Victim 5 said the choking made her dizzy but did not cause her to lose consciousness.

50.     While at the hotel, MOHAMED told Victim 5 to drink alcohol to relax. Victim 5 reported that she was intoxicated and out of it at times during her kidnapping. Victim 5 said that MOHAMED sexually assaulted her twice during the kidnapping. Victim 5 said she was intoxicated and too weak to fight back. Additionally, MOHAMED told Victim 5 that if she reported him to police, he would hurt her and had cousins who would "do the job for him."

51.     On September 20, 2025, Victim 5's sister called Bloomington Police to report that she had received text messages from Victim 5 in which Victim 5 said she was being held "hostage." Victim 5's sister also provided text messages that Victim 5 sent to her on September 15, the night MOHAMED kidnapped Victim 5 and took

Victim 5 from Mankato to Bloomington. In the text messages, Victim 5 told her sister, "I think I'm getting kidnapped. Wallahi." Victim 5's sister responded, "why wtf." Victim 5 replied, "His [sic] driving me to Mnpls." Victim 5's sister texted, "wait without your permission?" Victim 5, who is Somali, responded, "yeah wallahi."[7]

52. On September 21, 2025, Victim 5 jumped out of MOHAMED's car and told a nearby man, "Can you help me? I am being kidnapped." The man called 911 and police responded to the scene.

53. Law enforcement transported Victim 5 to the hospital for a sexual assault exam. A DNA profile was obtained and searched through the Minnesota Convicted Offender DNA Database. The DNA profile obtained from Victim 5's swab matched MOHAMED's known DNA sample.

54. On December 1, 2025, the Hennepin County Attorney's Office brought charges against MOHAMED related to his September 2025 kidnapping and rape of Victim 5 (27-CR-25-30277). MOHAMED is charged with two offenses in that case: Third Degree Sexual Criminal Conduct – Penetration – Uses Force and Kidnapping. MOHAMED is currently detained in state custody.

---

[7] Wallahi is a common Arabic term meaning "I swear to God" or "by God."

## CONCLUSION

55. Based on the information set forth above, your affiant respectfully submits that there is probable cause to believe that on December 12, 2017, in the District of Minnesota, ABDIMAHAT BILLE MOHAMED did kidnap Minor Victim 1, in violation of Title 18, United States Code, Sections 1201(a) and (g). Additionally, there is probable cause to believe that between September 15, 2025 and September 21, 2025, in the District of Minnesota, ABDIMAHAT BILLE MOHAMED did kidnap Victim 5, in violation of Title 18, United States Code, Section 1201(a).

56. Accordingly, I request the Court authorize the accompanying Criminal Complaint and that a warrant issue for MOHAMED's arrest, that he may be brought before this Court.

Nicole S. Lopez
Special Agent, FBI

SUBSCRIBED and SWORN before me
by reliable electronic means via Facetime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
December 4, 2025:

ELSA M. BULLARD
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA